Warren CHASE, Plaintiff—Appellant,

v.

CORRECTIONAL MEDICAL SER-VICE, INCORPORATED, De-fendant—Appellee.

No. 05–6069.

United States Court of Appeals, Fourth Circuit.

Submitted April 14, 2005.

Decided April 20, 2005.

Warren Chase, Appellant pro se.

Philip Melton Andrews, Mindy Lynn Caplan, Kramon & Graham, Baltimore, Maryland, for Appellee.

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Warren Chase appeals a district court order granting the Defendant summary judgment and dismissing his complaint seeking an emergency order for medical services. We have reviewed the record and the district court's order and memorandum and affirm for the reasons stated by the district court. *See Chase v. Correctional Med. Serv., Inc.*, No. CA–04–2808–1–CCB (D.Md. Dec. 6, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*